| | |
|---|---|
| DEFENDANT: | STACE YATER WALLACE |
| YOB: | 1955 |
| COMPLAINT FILED? | _____ Yes   __X____ No   If Yes, MAGISTRATE CASE NUMBER |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | ___ Yes   _X_ No |
| OFFENSE(S): | **COUNTS 10-40, Money Laundering, 18 U.S.C. 1956**<br>**COUNTS 41-43, Bank Fraud, 18 U.S.C. § 1344**<br>**COUNTS 44, Money Laundering, 18 U.S.C. § 1957** |
| LOCATION OF OFFENSE: | Pitkin County, Colorado |
| PENALTY: | **COUNTS 10-40, 44** NMT 10 years, NMT $250,000 fine or both; NMT 3 years supervised release; $100 special assessment<br>**COUNTS 41-43** NMT 30 years, NMT 250,000 fine or both; NMT 3 years supervised release; $100 special assessment |
| AGENT: | Melinda Wilgus<br>Special Agent, IRS<br>Christopher Hilgers<br>Special Agent, FBI |
| AUTHORIZED BY: | Robert Brown<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_x_ five days or less; ___ over five days

THE GOVERNMENT

_X_ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.