AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT
for the
District of Colorado

2022 JUN 29 AM 10: 39

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| 2. STACE YATER WALLACE | ) | Case No. 22-cr-0211-PAB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   STACE YATER WALLACE                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

COUNTS 10-40, Money Laundering, 18 U.S.C. 1956
COUNTS 41-43, Bank Fraud, 18 U.S.C. § 1344
COUNTS 44, Money Laundering, 18 U.S.C. § 1957

Date:   06/22/2022

s/S. Phillips, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 6-23-2022, and the person was arrested on *(date)* 6-27-2022
at *(city and state)* Denver, CO

Date: 6-27-2022

Melinda Wilgus
*Arresting officer's signature*

Melinda J. Wilgus, Special Agent
*Printed name and title*