IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00211-PAB-2

UNITED STATES OF AMERICA,

Plaintiff,

v.

   2.   STACE YATER WALLACE

Defendant.

_____

**UNOPPOSED MOTION TO TRAVEL FROM DENVER TO SALT LAKE CITY AND RETURN FROM AUGUST 8, 2022 TO AUGUST 12, 2022**
_____

      Comes now Stace Yater Wallace, through counsel, Richard J. Banta, pursuant to Rule 47, Fed. R. Cr. P and respectfully moves the Court for an order granting this motion. In support of such motion, Stace Yater Wallace states the following:

1. Ms. Yater-Wallace has a daughter that lives in Salt Lake City.
2. She previously travelled in June to Salt Lake City and back with Court permission.
3. Ms. Yater Wallace would like to travel by car from Denver to Salt lake City and return from August 8, 2022 to August 12, 2022.
4. Counsel for Ms. Yater Wallace is authorized to state that AUSA Robert Brown does not oppose this motion.

2

Wherefore, Stace Yater Wallace respectfully prays that the Court enter an Order granting this Motion, and granting such further relief as the court deems just and proper.

                Respectfully submitted,

                *s/Richard J. Banta*
                Richard J. Banta, P.C.
                501 S. Cherry Street
                Suite 1100-MB11
                Denver, CO 80246
                303-860-8048
                Fax:  303-333-119
                E-mail: rjbanta@comcast.net
                Attorney for Defendant
                Stace Yater Wallace

CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2022 I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                *s/Richard J. Banta*
                Richard J. Banta