IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 22-cr-00211-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RONALD PHILIP WALLACE, and
2. STACE YATER WALLACE,

    Defendants.

---

# ORDER

---

This matter comes before the Court on the Government's Motion to Disclose Grand Jury Materials Under Specified Conditions to the Attorneys for Defendants [Docket No. 28], pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i). Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same. It is therefore

**ORDERED** that the Government's Motion to Disclose Grand Jury Materials Under Specified Conditions to the Attorneys for Defendants [Docket No. 28] is granted. It is further

**ORDERED** that the government may disclose a copy of the grand jury testimony and exhibits to the defendants and their attorneys in this case. It is further

**ORDERED** that such material shall only be used in defending this case; that such material shall be disclosed only to the defendants and their attorneys; that each defendant's attorney shall maintain custody of such material and shall not reproduce or

disseminate the same; and that such materials shall be deleted, destroyed or returned to the United States at the end of the case.

DATED August 5, 2022.

BY THE COURT:

s/ Philip A. Brimmer
PHILIP A. BRIMMER
Chief United States District Judge