IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 22-cr-00211-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  STACE YATER WALLACE,

    Defendant.
_____

# ORDER
_____

    This matter is before the Court on defendant Stace Yater Wallace's Unopposed Motion to Travel from Denver, Colorado to Cabo San Lucas, Mexico and Return from March 14, 2023 to March 21, 2023 and for Temporary Release of Passport [Docket No. 34].  In her motion, defendant asks the Court for permission to accompany her 93 year old father to a residence he owns in Cabo San Lucas, Mexico from March 14, 2023 through March 21, 2023 and requests the temporary release of her passport, which is currently being held in the Clerk's office.  She proposes that she would surrender her passport upon her return to Colorado. The motion indicates that the United States does not oppose the motion.  Finding good cause, it is

    **ORDERED** that defendant Stace Yater Wallace's Unopposed Motion to Travel from Denver, Colorado to Cabo San Lucas, Mexico and Return from March 14, 2023 to March 21, 2023 and for Temporary Release of Passport [Docket No. 34] is granted.  It is further

    **ORDERED** that defendant Stace Yater Wallace may travel to Cabo San Lucas, Mexico from March 14, 2023 through March 21, 2023.  It is further

**ORDERED** that the Clerk is ordered to temporarily release defendant's passport to her upon defendant's completion of the appropriate paperwork.  It is further

**ORDERED** that, upon her return to Colorado on March 21, 2023, Ms. Yater Wallace shall expeditiously surrender her passport to the Clerk's office.

DATED February 8, 2023.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge