IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00211-PAB

UNITED STATES OF AMERICA,

Plaintiff,

v.

2. STACE YATER WALLACE,

Defendant.

___

**NOTICE OF DISPOSITION**
___

      Comes now Stace Yater Wallace through counsel Richard J. Banta pursuant to D.C.COLO.LCrR 11.1 and gives Notice that she has reached a disposition with the government of the charges pending against her in this case. Ms. Yater Wallace requests that this matter be set for a change of plea hearing and be set contemporaneously with the change of plea hearing for Co-defendant Ronald Phillip Wallace.

      Respectfully submitted,

      s/*Richard J. Banta*
      Richard J. Banta
      501 S. Cherry Street
      Suite 1100-mb11
      Denver, CO 80246
      303-860-8048
      FAX:  303-333-1195
      E-mail:  rjbanta@comcast.net
      Attorney for Defendant
      Stace Yater Wallace

2

CERTIFICATE OF SERVICE

      I certify that on September 20, 2024 I electronically filed the foregoing Notice of Disposition with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                  *s/Richard J. Banta*
                                                  Richard J. Banta