IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00211-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    STACE YATER WALLACE,

    Defendant.

### GOVERNMENT'S MOTION TO DISMISS AMENDED INDICTMENT AS TO DEFENDANT STACE WALLACE

The Government respectfully moves this Court to enter an Order dismissing all counts of the Amended Indictment as to defendant Stace Wallace at the time of sentencing. The Government's request is made pursuant to the terms of the parties' plea agreement.

Respectfully submitted this 11th day of April, 2025.

    J. Bishop Grewell
    Acting United States Attorney

    By:  *s/ Tim Neff*
    Tim Neff
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202

Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Tim.Neff@usdoj.gov
Attorney for the Government

**CERTIFICATE OF SERVICE**

I certify that on this 11th day of April, 2025, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISMISS AMENDED INDICTMENT AS TO DEFENDANT STACE WALLACE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/Maureen Carle*
    Legal Administrative Specialist
    United States Attorney's Office